# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SHAMPOIRE VALENTINO ORANGE, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:18-cv-1 |
| | * | |
| v. | * | |
| | * | |
| COL. JUDY LOWE, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 17. No party filed Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES** Plaintiff's claims against Defendants Glynn County Detention Center and Corbett, and **DENIES** Plaintiff *in forma pauperis* on appeal as to these claims. Plaintiff's claims against Defendants Rozier, Jones, and Lowe remain pending.

**SO ORDERED**, this 28 day of January, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)