IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SHAMPOIRE ORANGE,<br><br>      Plaintiff,<br><br>   v.<br><br>COL. JUDY LOWE; SERGEANT ANTONIO JONES; and SERGEANT ERIC ROZIER,<br><br>      Defendants. | CIVIL ACTION NO.: 2:18-cv-1 |

**O R D E R**

  This matter is before the Court on Defendants' Motion for Summary Judgment. In Defendants' Motion, they represent an Affidavit of Colonel Stacy Young is attached and filed with the Court. Doc. 59. Additionally, the Young Affidavit is cited to in Defendants' brief accompanying their Motion, as well as in their statement of material facts. Docs. 59-1, 59-2. However, no such affidavit appears to have been filed with Defendants' Motion or otherwise. Thus, the Court **ORDERS** Defendants to file the Young Affidavit within seven days of this Order. Further, the Court **ORDERS** Defendants to serve a copy of the Young Affidavit on Plaintiff as soon as possible.

  **SO ORDERED** this 1st day of February, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA