IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SHAMPOIRE ORANGE,

    Plaintiff,

v.

COL. JUDY LOWE; SERGEANT ANTONIO JONES; and SERGEANT ERIC ROZIER,

    Defendants.

CIVIL ACTION NO.: 2:18-cv-1

**O R D E R**

This matter is before the Court on Defendants' Response to the Court's February 1, 2021 Order and Motion to Amend/Correct Motion for Summary Judgment. Docs. 66, 67. The Court previously ordered Defendants to file the Affidavit of Colonel Stacy Young, which they referenced and cited in their motion for summary judgment. Doc. 65. Defendants timely responded to that Order. Doc. 66. Defendants explain rather than relying on the Young Affidavit, their motion for summary judgment and accompanying statement of material facts and brief should have cited to the Affidavit of Undersheriff Ron Corbet, which was filed with the initial motion for summary judgment. Id. at 1–2. In other words, the references to the Young affidavit should have been references to the Corbet affidavit, and the Corbet affidavit was included with the additional motion for summary judgment.

To address the error, Defendants move to file a corrected motion for summary judgment, Rule 56 Statement of Material Facts, and Brief in Support, removing all citations to the Young Affidavit and instead citing to the previously filed Corbet Affidavit. Doc. 67. Additionally, Defendants represent they will serve a corrected version of their amended motion for summary

judgment documents upon Plaintiff immediately.  Id. at 2.  The Court **GRANTS** Defendants' Motion.  The Court notes Defendants filed their corrected motion for summary judgment, doc. 67, considers it filed, and will consider the corrected documents.  Because Defendants simply corrected a citation error and made no substantive or material changes or additions to their motion for summary judgment, there is no need for Plaintiff to respond separately to the corrected motion for summary judgment.  Plaintiff shall respond to Defendants' motion for summary judgment by February 16, 2021.  Doc. 64.

**SO ORDERED** this 5th day of February, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA