# In the United States District Court for the Southern District of Georgia Brunswick Division

SHAMPOIRE VALENTINO ORANGE,

    Plaintiff,

v.

COL. JUDY LOWE, et al.,

    Defendants.

CV 218-001

## ORDER

Plaintiff Shampoire Orange brought this civil rights action in January 2018. Dkt. No. 1. In January 2021, Defendants moved for summary judgment. Dkt. No. 59. In March 2021, the Magistrate Judge issued a report and recommendation that Defendants' motion for summary judgment, construed as a motion to dismiss, be granted and that Plaintiff's complaint be dismissed. Dkt. No. 75. Plaintiff filed both a late response in opposition to Defendants' motion and objections to the report and recommendation. Dkt. Nos. 77, 79. After consideration, the Court overruled Plaintiff's objections and granted Defendants' motion, dismissing the complaint without prejudice. Dkt. Nos. 80, 81. Plaintiff promptly filed an appeal. Dkt. No. 82. After approximately nineteen months, the parties jointly moved to dismiss the appeal. See Dkt. No. 90.

Now before the Court is the parties' stipulation of dismissal, dkt. no. 91, wherein they notify the Court that they wish to dismiss this action *with prejudice*. See Fed. R. Civ. P. 41(a)(1)(A)(ii). Because judgment has already been entered in this case—dismissing it without prejudice—the Court construes the parties' stipulation as a motion for relief from judgment pursuant to Rule 60(b).

Rule 60(b)(6) provides that "[o]n motion and just terms, the court may relieve a party . . . from a final judgment" for "any . . . reason that justifies relief." It appearing that the parties have reached a settlement of this case, the Court finds that such settlement is indeed a reason that justifies relief from judgment. Accordingly, the Court **GRANTS** the parties' joint motion, dkt. no. 91, and **ORDERS** that the parties are relieved from the Court's judgment of dismissal without prejudice. Further, pursuant to the parties' stipulation, this case is **DISMISSED with prejudice**. The parties shall bear their own fees and costs, and this case remains closed.

**SO ORDERED**, this 29 day of November, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2